# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00337-CV

**Jody Albrecht, Appellant**

**v.**

**Edgar H. Albrecht, Jr., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 10-1425-FC2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated in June 2012 after appellant Jody Albrecht filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. On April 23, 2013, appellant filed a motion to reinstate, *see* Tex. R. App. P. 8.3, and dismiss this appeal. She states that the bankruptcy action has concluded and that she no longer wishes to pursue this appeal. Accordingly, we grant her motion and reinstate and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   May 14, 2013